1  GOLDSMITH & HULL/File #598942
   A Professional Corporation
2  William I. Goldsmith    SBN 82183
   Jack D. Hull            SBN 91879
3  Eric Mintz              SBN 207384
   16933 Parthenia Street
4  Northridge, CA 91343
   Tel. (818) 990-6600
5  Fax (818) 990-6140
   **govdept1@goldsmithcalaw.com**
6
   Attorneys For Plaintiff
7

JS - 6

8                      UNITED STATES DISTRICT COURT
9                     CENTRAL DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,    )  CASE NO.: CV10-04779 RSWL (RZx)
12                               )
              Plaintiff,         )
13                               )
    v.                           )  ORDER VACATING HEARINGS
14                               )  AND ENTRY OF CONSENT
    JOSE GALVEZ JR.,             )  JUDGMENT
15                               )
                                 )
16                               )  Judge: Ronald S.W. Lew
              Defendant.         )
17  _____  )

18

19      IT IS HEREBY ORDERED that all hearings are vacated and that Judgment be

20  entered against the Defendant, JOSE GALVEZ JR., for the following:

21      Principal in the sum of $2,123.65; plus interest accrued to March 9, 2011 in the

22  sum of $2,248.60, with interest accruing thereafter at $0.47 per day until entry of

23  //
24  //
25  //
26  //
27  //
28  //

| | |
|---|---|
| 1 | Judgment and to accrue at the legal rate thereafter; plus penalties/administrative |
| 2 | charges in the amount of $49.59; attorneys fees in the sum of $412.37 and cost in the |
| 3 | sum of $422.00, for a total amount of $5,256.21. |
| 4 | |
| 5 | |
| 6 | Date: April 25, 2011            RONALD S.W. LEW |
| 7 |                             Honorable Ronald S.W. Lew, Senior, U.S. District Court Judge |

Judgment and to accrue at the legal rate thereafter; plus penalties/administrative charges in the amount of $49.59; attorneys fees in the sum of $412.37 and cost in the sum of $422.00, for a total amount of $5,256.21.

Date: April 25, 2011

RONALD S.W. LEW
_____
Honorable Ronald S.W. Lew,
Senior, U.S. District Court Judge